**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-7370**

—————————

OWAIIAN M. JONES,

Plaintiff – Appellant,

v.

PRESIDENT OF UNITED STATES OF AMERICA; COMMONWEALTH OF
VIRGINIA; SUPREME COURT OF VIRGINIA; COMMONWEALTH ATTORNEYS
OF VA.; RAPPAHANOCK REGIONAL JAIL; ROANOKE CITY JAIL;
JOSEPH HICKS, Current Supervisor; TIMOTHY ALLEN, Sheriff;
OCTAVIA JOHNSON, Former Sheriff,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leona M. Brinkema,
District Judge. (1:14-cv-01012-LMB-TCB)

—————————

Submitted:  December 16, 2014      Decided:  December 19, 2014

—————————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Owaiian M. Jones, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owaiian M. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice. Because Jones may amend his complaint to cure the defects identified by the district court, the dismissal order is interlocutory and not appealable. See Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED